Thomas Vowels, a Minor, by Oliver Vowels, His Father and Next Friend, Plaintiff-Appellant, v. Chicago and Northwestern Railway Company, a Foreign Corporation, Defendant-Appellee.

Gen. No. 11,597.

Second District, First Division.

November 28, 1962.

Perona & Perona, of Spring Valley, and Kevin D. Kelly, of LaSalle, for appellant; Edward Warden and James P. Daley, of Chicago, and Pool & Langer, of Ottawa, for appellee. Opinion by JUDGE SMITH. Not to be published in full.